UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD E. STAFFORD and
JOHN L. WATSON, JR.,

        Plaintiffs,

v.

        Case No. 10-CV-14211

        HON. GEORGE CARAM STEEH

MAGNA POWERTRAIN OF
AMERICA, INC.,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR TRANSFER OF VENUE

On December 21, 2010, the court held a hearing on defendant's motion for transfer of venue. Counsel for the parties appeared and argued at the hearing. After consideration of the arguments presented in the briefs and at the hearing, the court finds that, at this time, defendant did not meet its burden of showing that fairness and practicality strongly favor transfer of the case to the United States District Court for the Northern District of New York. For the reasons stated on the record, defendant's motion for transfer of venue is denied without prejudice.

IT IS SO ORDERED.

Dated: December 21, 2010

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 21, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk